**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BRANDON JOHNSON**                                                           **PETITIONER**
**ADC# 139905**

**VS.**                      **NO. 5:09-CV-00035-SWW-BD**

**LARRY NORRIS, Director,
Arkansas Department of Correction**                                   **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Brandon Johnson's Petition for Writ of Habeas Corpus (#2) is DISMISSED with prejudice this 10th day of February, 2010.

                                                     /s/Susan Webber Wright
                                                     UNITED STATES DISTRICT JUDGE